FREDERICK W. BEYHL, Respondent, v. JOHN FUGE, Appellant.— Motion to dismiss appeal denied.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion for reargument granted, and, on reargument, order resettled so as to provide that the affirmance of the order, as modified, be with ten dollars costs and disbursements to appellant.*  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

PATRICK DILWORTH, AUGUSTA DILWORTH, GEORGE STEINMETZ, FREDERICK FUGAZZI and DONALD CARTON, Respondents, v. YELLOW TAXI CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Did the Municipal Court of the City of New York have jurisdiction of this action?  Present — Manning, Young, Kapper and Lazansky, JJ.; Kelly, P. J., taking no part.

MARY DOWD, as Administratrix, etc., of JOHN P. DOWD, Deceased, Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty· days to enable appellant to apply to the Court of Appeals.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FLATBUSH WATER WORKS COMPANY, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK and Another, Defendants.  THE CITY OF NEW YORK and NICHOLAS J. HAYES, as Commissioner, etc., Appellants.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THOMAS J. HOPKINS, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Manning, Young, Kapper and Lazansky, JJ.; Kelly, P. J., taking no part.

STEFAN HORVATH, Respondent, v. FRANCIS H. LEGGETT AND COMPANY, Appellant.— Motion to add cause to the calendar for June, 1927, denied.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

IRMANAT REALTY CORPORATION, Respondent, v. MAY EDNA CREAMER and FRANK D. CREAMER, Appellants.— Motion to dismiss appeal denied.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney.  ROBERT J. MAYER, Respondent.— The respondent having made restitution stated by the complainant to be satisfactory to her, we are of opinion that a suspension from practice of the law for a period of two years will be ample punishment, in light of the fact that we are impressed by the undisputed evidence that respondent has heretofore borne an excellent reputation, both as a citizen and as a member of the bar.  Manning, Kapper, Lazansky and Hagarty, JJ., concur; Kelly, P. J., dissents, and votes to confirm the report of the official referee, which recommends that respondent be disbarred.

* See *ante*, p. 754.— [REP.